## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **FIREMAN'S FUND INSURANCE CO.** a/s/o **THE COUNCIL OF UNIT OWNERS OF 414 WATER STREET CONDOMINIUM** : :  : Plaintiff, : : v. : : **FEDERAL FIRE PROTECTION CORP**. : : Defendant, : : **VICTAULIC COMPANY and VSC FIRE & SECURITY, INC.** : : Third-Party Defendants. : : v. : : **ALLIED TUBE AND CONDUIT CORPORATION** Serve On:   CT Corporation System   208 So Lasalle St., Suite 814   Chicago, IL 60604 : : **ATKORE INTERNATIONAL, INC.** Serve On:   The Corporation Trust Company   Corporation Trust Center 1209 Orange St.   Wilmington, DE 19801 : : Fourth-Party Defendants. : | **Case No.: 1:18-cv-1962-CCB** |

## SUMMONS ON A FOURTH-PARTY COMPLAINT

To:    ALLIED TUBE AND CONDUIT CORPORATION
      Serve On:    CT Corporation System
                        208 So Lasalle St., Suite 814
                        Chicago, IL 60604

      A lawsuit has been filed against defendant Allied Tube and Conduit Corporation, who as fourth-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff.

      Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(3) you must serve on the plaintiff and on the third-party defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the third-party defendant or fourth-party plaintiff's attorney, whose name and address are:

Daniel J. O'Hara, Esquire
Marks, O'Neill, O'Brien, Doherty, Kelly, PC
600 Baltimore Avenue, Suite 305
Towson, Maryland 21204

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | |
|---|---|
| Eric N. Stravitz, Esquire | James P. Steele, Esquire |
| Stravitz Law Firm, PC | Carr Maloney P.C. |
| 4300 Forbes Blvd., Suite 100 | 2020 K Street, NW, Suite 850 |
| Lanham, MD 20706 | Washington, DC 20006 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the fourth-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may but are not required to respond to it.

Date: October 21, 2019

                                              *CLERK OF COURT*

                                              _____
                                              *Signature of Clerk or*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **FIREMAN'S FUND INSURANCE CO.** a/s/o **THE COUNCIL OF UNIT OWNERS OF 414 WATER STREET CONDOMINIUM** : : : : Plaintiff, : : v. : : **FEDERAL FIRE PROTECTION CORP**. : : Defendant, : : **VICTAULIC COMPANY and VSC FIRE & SECURITY, INC.** : : : Third-Party Defendants. : : v. : : **ALLIED TUBE AND CONDUIT CORPORATION** Serve On:  CT Corporation System  208 So Lasalle St., Suite 814  Chicago, IL 604604 : : : : : : : **ATKORE INTERNATIONAL, INC.** Serve On:  The Corporation Trust Company  Corporation Trust Center 1209 Orange St.  Wilmington, DE 19801 : : : : : : : Fourth-Party Defendants. : _____ : | **Case No.: 1:18-cv-1962-CCB** |

## SUMMONS ON A FOURTH-PARTY COMPLAINT

To:    ATKORE INTERNATIONAL, INC.
       Serve On:    The Corporation Trust Company
                          Corporation Trust Center 1209 Orange St.
                          Wilmington, DE 19801

      A lawsuit has been filed against defendant Victaulic Company, Inc., who as third-party defendant is making this claim against you to pay part or all of what the defendant may owe to the plaintiff.

      Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(3) you must serve on the plaintiff and on the third-party defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the third-party defendant or fourth-party plaintiff's attorney, whose name and address are:

Daniel J. O'Hara, Esquire
Marks, O'Neill, O'Brien, Doherty, Kelly, PC
600 Baltimore Avenue, Suite 305
Towson, Maryland 21204

It must also be served on the plaintiff or plaintiff's attorneys, whose names and addresses are:

| | |
|---|---|
| Eric N. Stravitz, Esquire | James P. Steele, Esquire |
| Stravitz Law Firm, PC | Carr Maloney P.C. |
| 4300 Forbes Blvd., Suite 100 | 2020 K Street, NW, Suite 850 |
| Lanham, MD 20706 | Washington, DC 20006 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the fourth-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may but are not required to respond to it.

Date: October 21, 2019

                                                CLERK OF COURT

                                                _____
                                                *Signature of Clerk or*