IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **FIREMAN'S FUND INSURANCE CO.** | * | |
| Plaintiff, | * | |
| v. | * | Civil Case No. SAG-18-1962 |
| **FEDERAL FIRE PROTECTION CORP.** | * | |
| Defendant, | * | |
| **VICTAULIC CO.**, *et al.* | * | |
| Third-Party Defendants, | * | |
| v. | * | |
| **ALLIED TUBE & CONDUIT CORP.**, *et al.* | * | |
| Fourth-Party Defendants | * | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is, this 28th day of February, 2020, hereby **ORDERED** that:

(1) Fourth-Party Defendant Allied Tube & Conduit Corporation's Motion to Dismiss, ECF 76, is **GRANTED**. Fourth-Party Plaintiff Victaulic Company's Amended Fourth-Party Complaint is **DISMISSED WITHOUT PREJUDICE**;

(2) Fourth-Party Defendant Atkore International, Inc.'s Motion to Dismiss, ECF 77, is **GRANTED**. Fourth-Party Plaintiff Victaulic Company's Amended Fourth-Party Complaint is **DISMISSED WITHOUT PREJUDICE**; and

(3)    Fourth-Party Plaintiff Victaulic Company is **GRANTED** thirty (30) days to seek leave to amend its Fourth-Party Complaint.

/s/
Stephanie A. Gallagher
United States District Judge