## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **FIREMAN'S FUND INSURANCE CO** a/s/o **THE COUNCIL OF UNIT OWNERS OF 414 WATER STREET CONDOMINIUM**<br><br>    Plaintiff<br>v.<br><br>**FEDERAL FIRE PROTECTION CORP.**<br><br>    Defendant | **CASE NO.: 1:18-cv-01962-SAG** |
| **FEDERAL FIRE PROTECTION CORP.**<br><br>    Third-Party Plaintiff<br>v.<br><br>**VICTAULIC COMPANY**<br><br>and<br><br>**VSC FIRE & SECURITY**<br><br>    Third-Party Defendants | |
| **VICTAULIC COMPANY**<br><br>    Fourth-Party Plaintiff<br>v.<br><br>**ALLIED TUBE AND CONDUIT CORPORATION**<br><br>and<br><br>**ATKORE INTERNATIONAL, INC.**<br><br>    Fourth-Party Defendants | |

LEGAL\45733628\1

**ORDER**

In consideration of the Parties' Joint Motion to Extend Scheduling Order, and for good cause shown, it is this ___1st___ day of ___June_____, 2020, hereby

ORDERED that the motion is granted. This Order shall govern deadlines in this case:

| | |
|---|---|
| June 22, 2020: | Plaintiff's Rule 26(a)(2) disclosures |
| July 22, 2020: | Defendant's Rule 26(a)(2) disclosures |
| August 24, 2020: | Plaintiff's rebuttal Rule 26(a)(2) disclosures<br>Third Party Defendants' Rule 26(a)(2) disclosures |
| September 7, 2020: | Rule 26(e)(2) supplementation of disclosures and responses |
| September 24, 2020: | Discovery deadline, submission of status report |
| September 24, 2020 | Mediation to occur on or before this date |
| November 16, 2020: | Requests for admission |
| December 14, 2020: | Dispositive pretrial motions deadline |

SO ORDERED.

_____

Hon. Stephanie A. Gallagher

Copies to: all Counsel via electronic filing.